In The
United States District Court of
Cheyenne, Wyoming.,

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2016 NOV 21  PM 1:38
STEPHAN HARRIS, CLERK
CHEYENNE

16-CV-287F

| | |
|---|---|
| John Robert Demos, & The Society of T.R.u.T.H. (Plaintiff's) vs<br><br>Altria Group Inc.,<br>Lorillard Inc.,<br>Phillip Morris Intl, Inc.,<br>Reynolds American Inc.,<br><br><br><br>(Defendants) | U.S.D.C. Case #<br>"The Anti-Trust Civil Process Act" And "Anti-Trust Complaint, "A Monopoly In Restraint of Trade, And A Combination" Pursuant to, 15 USCA 1311, 1 Thru 7, 12 Thru 27, The Noerr-Pennington Doctrine, The 1890 Sherman Anti-Trust Act, The 1914 Clayton Act, The 1914 Federal Trade Commission Act, 28 STAT. 570, 28 USC 1332, 226 U.S. 61, 221 U.S. 1, 312 U.S. 600, 435 U.S. 389, 419 U.S. 186, 384 U.S. 279, 250 U.S. 300, The 1976 Antitrust Improvement Act, |

To: The Clerk of the Court.

Comes now the Plaintiff's, who Aver, And Depose The Following Under The Pain & Penalty of Perjury.

A: That the Named Defendants In This Complaint Are Engaged In An Unreasonable Restraint of Trade, by way of A conspiracy, contract, or combination In Restraint of Trade, or monopolization, or Attempt To Monopolize, 554 F.2d 633, 679 F.3d 278, 673 F.3d 430, by way of (1) unity of purpose, (2) common design, (3) understanding, (4) meeting of the minds, (5) specific intent, (6) collusion, 602 F.3d 237.

1.

# ARGUMENT

I  CHARGE,
ALTRIA GROUP,
LORILLARD INC,
PHILLIP MORRIS INTL, INC.,
REYNOLDS AMERICAN INC,

With being in violation of the U.S. Anti-Trust laws, And with being in violation of the 1890 Sherman Anti-Trust Act.

The activities of the named defendants pose a threat to the free market and restrain competition, which it cannot do.

The practices of the named defendants are cohusive, exclusionary, and monopolistic, and restrain competition, which poses a danger of increased prices, reduced output, quality, and innovation, in the market place, in violation of the 1914 Clayton Act, The 1914 Federal Trade Commission Act, which prohibits every contract, combination, or conspiracy in restraint of interstate or foreign trade, or commerce.

The named defendants practices of price discrimination, tying arrangements, exclusive dealing mergers, and inter-locking

2.

Directorates, constitute unfair methods of competition, and constitute a danger to the maintenance of the American Free Enterprise System.

The Named Defendants, system of vertical and horizontal agreements, mergers, and single firm activities directed toward the acquisition and maintenance of a monopoly violate anti-trust law against predatory behavior in restraint of trade, to include trusts, holding companies, cartels, and mergers & acquisitions.

The actions of the named defendants deflate economic opportunity, stagnate fair consumer prices, efficiency, and political liberty, which leads to price fixing.

The Named Defendants economic concentration, dominant market power, is wrongful conduct, as opposed to competition on the merits.

In the field of smoking tobacco

The Named Defendants are the dominant industry incumbents, which allows them to control the market and institute predatory pricing.

None of the Defendants actions can be justified

3.

under the umbrella of efficiency, as the named defendants sole motivation is to thwart the possible rise of effective new competition to the named defendants monopoly in

    Smoking Tobacco

As further evidence in support, the named defendants competitors rank near the bottom of the list. Plaintiff's John R. Demos, and the Society of T.R.U.T.H. bring this action in good faith, and with clean hands, and in the capacity of a private attorney general.

4.

## Relief

1. I seek a jury trial.

I seek the appointment of counsel.

I seek $30 million in hedonic, compensatory, punitive, continuing, declaratory, treble, statutory, general, special, pecuniary, all-purpose, prohibitive, prospective, exemplary, incidental, accumulative, speculative, consequential, mitigating, necessary, remedial, recissory, and emotional damages.

I seek any, and all other relief as the court deems to be necessary & proper.

5.

Conclusion

1. The period of this conspiracy has been indefinite, and for at least 25+ years.
2. The object of the conspiracy is to control the market, effectuate prices, and restrain trade.
3. The named defendants to achieve their objective have engaged in,
   A. Collusion,
   B. A combination or conspiracy, between defendants,
   C. A conspiracy to maintain & fix prices,
   D. A restraint upon interstate commerce,
   E. A public, and a private injury,
   F. A contract, combination, conspiracy, and monopolization,
   G. A concerted action to restrain trade, and institute an anti-competitive market,
   H. False information to the media,
   I. Acquiescence, & secrecy,
   J. Parallel pricing,
   K. A combination to effectuate an international price fixing scheme,

/s/ John R. Dempsey

11-10-2016

6.

Address/Phone #/ & C.E.O. of Each Defendant

1. Reynolds American Inc - 401 North Main Street
   Winston Salem, North Carolina. 27101
   Daniel M. Delen (C.E.O.)

2. Phillip Morris Intl., Inc - 120 Park Avenue - N.Y. N.Y. 10017
   Louis C. Camilleri (C.E.O.)

3. Lorillard Inc - 714 Green Valley Road - Murray S. Kessler (C.E.O.)
   Greensboro, North Carolina. 27408

4. Attria Group Inc - 6601 West Broad Street
   Richmond, VA. 23230
   Michael E. Szymanczyk (C.E.O.)

7.

AFFIDAVIT - 267 F.2d 866,

STATE OF WASHINGTON ) ss:
COUNTY OF WALLA WALLA )

I, John R. Demos, declare under penalty of perjury that the following statements within this Affidavit are true and correct to the best of my knowledge and has been executed on 11-12-2016, at the Washington State Penitentiary.

A: That which has a permissable purpose, cannot be used to justify that which has an impermissable effect, 407 U.S. 451.

B: I invoke the jurisdiction of the U.S. District Court pursuant to, 28 USC 1331, 1332, 1335, 1337, 1340, 1342, 1346, 1361, & 1585,

C: I invoke the court's extra-territorial jurisdiction, pursuant to, 542 U.S. 466, 410 U.S. 484,

/S/ John R. Demos

## AFFIDAVIT #1

STATE OF WASHINGTON           )
                              ) ss:
COUNTY OF WALLA WALLA         )

I, John R. Demos, declare under penalty of perjury that the following statements within this affidavit are true and correct to the best of my knowledge and has been executed on this 10th day of November, 2016, AT THE WASHINGTON STATE PENITENTIARY in the County of Walla Walla, Washington:

A: I CHARGE THE NAMED DEFENDANTS WITH being IN VIOLATION OF,
THE ANTI-RACKETEERING ACT,
THE ROBINSON-PATMAN ACT,
THE WILSON TARIFF ACT,
THE ECONOMY ACT,
THE POWER ACT,
THE WEBB-POMERANCE ACT,
THE NORRIS-LAGUARDIA ACT,
THE CAPPER-VOLSTEAD ACT,
THE INTERSTATE COMMERCE ACT,
THE NATIONAL LABOR RELATIONS ACT,
THE NOERR-PENNINGTON DOCTRINE,

/s/ John Demos
(Affiant's Name)

Subscribed and Sworn to before me this 10th day of November, 2016.

/s/ Venetta E. Jackson
Notary Public in and for the
State of Washington.
Residing in Walla Walla, WA
My commission expires April 1, 2017

Notary Public
State of Washington
VENETTA E JACKSON
MY COMMISSION EXPIRES
APRIL 1, 2017

## AFFIDAVIT #2

STATE OF WASHINGTON      )
                          ) ss:
COUNTY OF WALLA WALLA

I, John Robert Demos, declare under penalty of perjury that the following statements within this affidavit are true and correct to the best of my knowledge and has been executed on this 21ST day of October, 2016, THE WASHINGTON STATE PENITENTIARY in the County of Walla Walla, Washington:

A: I CHARGE THE DEFENDANTS WITH CONSPIRACY. AS THE DEFENDANT ENTITIES, FOREIGN SUPPLIER, AND IT'S AMERICAN SUBSIDIARIES, ARE OPERATED AND PORTRAYED AS "SINGLE GLOBAL ENTERPRISE" WITH KEY EXECUTIVES OVERLAPPING, AND VITAL MANAGEMENT PERSONNEL BEING ROTATED THROUGH POSITIONS IN THE UNITED STATES AND EUROPE.

_____
(Affiant's Name)

Subscribed and Sworn to before me this 20th day of October, 2016.

_____
Notary Public in and for the State of Washington.
Residing in Walla Walla, WA
My commission expires April 1, 2017

Notary Public
State of Washington
VENETTA E JACKSON
MY COMMISSION EXPIRES
APRIL 1, 2017

## AFFIDAVIT #3

STATE OF WASHINGTON       )
                          ) ss:
COUNTY OF WALLA WALLA     )

I, John R. Demos, declare under penalty of perjury that the following statements within this affidavit are true and correct to the best of my knowledge and has been executed on this 25TH day of October, 2016, at THE WASHINGTON STATE PENITENTIARY in the County of Walla Walla, Washington:

A: I INVOKE THE COURTS ANTI-TRUST JURISDICTION.
I INVOKE THE COURTS DIVERSITY JURISDICTION.
I INVOKE THE NOERR-PENNINGTON DOCTRINE.

_John R. Demos_
(Affiant's Name)

Subscribed and Sworn to before me this 25th day of October, 2016.

_Venetta E. Jackson_
Notary Public in and for the
State of Washington.
Residing in Walla Walla, WA
My commission expires April 1, 2017

Notary Public
State of Washington
VENETTA E JACKSON
MY COMMISSION EXPIRES
APRIL 1, 2017

```
09/15/2015                    Department of Corrections                PAGE:   01  OF  01
MLPERKINS                   WASHINGTON STATE PENITENTIARY                      OIRPLRAR
                                                                               10.2.1.18
```

## PLRA IN FORMA PAUPERIS STATUS REPORT
### FOR DEFINED PERIOD : 02/28/2015   TO   08/31/2015

| DOC# : | 0000287455 | NAME : DEMOS JOHN | ADMIT DATE : | 07/18/1978 |
|---|---|---|---|---|
| DOB : | 08/04/1952 | | ADMIT TIME : | 00:01 |

| AVERAGE MONTHLY RECEIPTS | 20% OF RECEIPTS | AVERAGE SPENDABLE BALANCE | 20% OF SPENDABLE |
|---|---|---|---|
| 4.27 | 0.85 | 1.40 | 0.28 |